UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:12-CR-115 JD |
| | ) | |
| JOSE A. NEVAREZ | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on January 9, 2013 [DE 24]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Jose A. Nevarez's plea of guilty, ACCEPTS the plea agreement, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 2, and 31 U.S.C. §§ 5324(a)(3) and 5324(d).

SO ORDERED.

ENTERED: February 1, 2013

/s/ JON E. DEGUILIO
Judge
United States District Court